UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ALEXIS RIVERA QUINTANILLA,

                Petitioner,

   -against-

THOMAS DECKER, *Director, New York Field Office, U.S. Immigration and Customs Enforcement*; PETER T. GAYNOR, *Acting Secretary, U.S. Department of Homeland Security*; JEFFREY A. ROSEN, *Acting U.S. Attorney General*; CARL E. DUBOIS, *Sheriff, Orange County*,

                Respondents.
------------------------------------------X

**MEMORANDUM DECISION AND ORDER**

21 Civ. 417 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the above-captioned action.

Dated: June 15, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge